UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Hood, et al., | No. 2:23-cv-00232-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| City of Sacramento, et al., | |
| Defendants. | |

Having considered the parties' joint status report at ECF No. 33, the court orders the following pre-trial case schedule:

- Initial disclosures as required by Federal Rule of Civil Procedure 26(a) shall be completed **within thirty days**;
- All fact discovery, including discovery related to class certification, shall be completed by **May 2, 2025**;
- Expert disclosures shall be completed by **May 23, 2025**;
- Rebuttal expert witnesses shall be exchanged by **June 13, 2025**;
- All expert discovery shall be completed by **July 3, 2025**;
- Any motion for class certification shall be filed by **July 18, 2025** and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a); and

1

- All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be filed by **November 21, 2025**, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

The court will set dates for a final pretrial conference and trial, if necessary, following the resolution of any dispositive motions.

Motions regarding discovery shall be noticed before the Magistrate Judge, as provided by Local Rule 302(c).

Except as otherwise provided in this order, no further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown.  *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609−10 (9th Cir. 1992).

After consideration of the parties' comments related to settlement, the parties are directed to notify the court whether they request a court settlement conference date or referral to the Voluntary Dispute Resolution Program (VDRP) **prior to any final pretrial conference**.  The parties shall file said notification or request for referral jointly, in writing.  If the parties are requesting a court settlement conference, the parties shall also advise the court if the parties waive a conflict as to the assigned magistrate judge for the purposes of a court settlement conference.

This case schedule will become final without further order of the court unless objections are filed **within fourteen calendar days** of this order. The schedule, once final, shall not be modified except by leave of court upon showing of good cause.  All provisions of the court's civil standing order, located on the court's webpage for Judge Mueller are incorporated by reference into this Rule 16 order.

IT IS SO ORDERED.

DATED: June 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE