Louis Demas, SBN 87286
Attorney at Law
2713 E Street
Sacramento, CA 95816
916-498-9055 LL
916-848-3624 Fax
Ldemas@demaslaw.com

**Attorney for Plaintiffs**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Hood, Chester McNabb, Roland Haley, and Connie Manselle, on behalf of themselves and all others similarly situated | Case No.: 2:23-cv-00232-DC-CKD |
| Plaintiffs, | PLAINTIFFS' NOTICE OF SETTLEMENT WITH SACRAMENTO COUNTY |
| v. | |
| City of Sacramento, Sacramento County, | |
| Defendants. | |
| _____/ | |

Plaintiffs, Susan Hood, et al., by and through their undersigned attorney, inform the Court that Plaintiffs and Defendant County have signed an agreement terminating Plaintiffs complaint against Defendant County of Sacramento. The settlement agreement must be approved by the Sacramento County Board of Supervisors. It is anticipated that the settlement agreement will be presented to the Board of Supervisors for consideration in the near future.

DATED: June 2, 2025                    /s/ Louis Demas_____
                                                      LOUIS DEMAS, Attorney for Plaintiffs

1