GUSTAVO L. MARTINEZ, City Attorney (SBN 173340)
**GÖKALP Y. GÜRER, Senior Deputy City Attorney (SBN 311919)**
ggurer@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HOOD; CHESTER McNABB, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO COUNTY,<br><br>Defendants. | Case No.:  2:23-CV-00232-DC-CKD<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, Defendant CITY OF SACRAMENTO and Plaintiffs SUSAN HOOD, CONNIE MANSELLE, CHESTER MCNABB, and ROLAND HALEY (together, the "Parties") hereby stipulate and request the Court modify the Pretrial Scheduling Order (ECF Nos. 34, 55, 59).  **The reasons for the instant modification request can be found in paragraphs 11-13, below.**

### RECITALS

1.     WHEREAS Plaintiffs filed the initial Complaint on February 22, 2023.  (ECF No. 1.)  Plaintiffs filed their First Amended Complaint on April 19, 2023.  (ECF No. 11.) Following the Court's ruling on the City's Motion to Dismiss, Plaintiffs filed a Second Amended Complaint on October 23, 2023.  (ECF No. 28.)  The City filed an Answer on November 6, 2023.  (ECF No. 31.)

1

**STIPULATION TO MODIFY THE SCHEDULING ORDER**

1604790

2. WHEREAS on June 10, 2024, the Court issued the Scheduling Order (ECF No. 34.) that set the following pre-trial deadlines:

    a. All fact discovery, including discovery related to class certification, shall be completed by **May 2, 2025**.

    b. Expert disclosures shall be completed by **May 23, 2025**.

    c. Rebuttal expert witnesses shall be exchanged by **June 13, 2025**.

    d. All expert discovery shall be completed by **July 3, 2025**.

    e. Any motion for class certification shall be filed by **July 18, 2025**, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

    f. All dispositive motions, except for motions for continuances, temporary restraining orders, or other emergency applications shall be filed by **November 21, 2025**, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

3. WHEREAS discovery was temporarily delayed at the request of Plaintiffs' counsel due to unforeseen health issues. Accordingly, the City did not serve its initial round of written discovery requests until October 8, 2024. Plaintiffs served responses on January 2, 2025.

4. WHEREAS the parties thereafter shifted their focus to fact depositions. There was delay here, too, as the parties appeared for an informal discovery conference with Magistrate Judge Carolyn K. Delaney regarding the presence of non-party witnesses at depositions. After the dispute was resolved, Plaintiffs deposed the City's two main witnesses. Mario Lara, Assistant City Manager, was deposed on December 18, 2024. Brian Pedro, Director of the Department of Community Response, was deposed on March 20, 2025.

5. WHEREAS the parties obtained a modification to the Scheduling Order on April 18, 2025. (ECF No. 46.) The Court modified the pre-trial deadlines as follows:

    a. All fact discovery, including discovery related to class certification, shall be completed by **July 2, 2025**.

    b. Expert disclosures shall be completed by **July 23, 2025**.

2

**STIPULATION TO MODIFY THE SCHEDULING ORDER**

1604790

  c. Rebuttal expert witnesses shall be exchanged by **August 13, 2025**.

  d. All expert discovery shall be completed by **September 3, 2025**.

  e. Any motion for class certification shall be filed by **September 18, 2025**, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

  f. All dispositive motions, except for motions for continuances, temporary restraining orders, or other emergency applications shall be filed by **January 21, 2026**, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

6. WHEREAS the City thereafter deposed the four named plaintiffs. Roland Haley and Connie Manselle were deposed on July 1, 2025. Chester McNabb and Susan Hood were deposed on July 2, 2025.

7. WHEREAS on July 1, 2025, the Sacramento City Council approved the City's 2025 ADA Self Evaluation and Transition Plan Update for Public Right-of-Way. The agenda item identified several City witnesses that worked on the ADA Self Evaluation that is relevant to the City's defense in this lawsuit. Accordingly, on July 2, 2025, the City served supplemental disclosures pursuant to Rule 26(e)(1) in order to identify additional witnesses and documents. Plaintiffs have also served supplemental disclosures identifying additional witnesses and documents.

8. WHEREAS the parties obtained a modification to the Scheduling Order on July 15, 2025. (ECF No. 55.) The Court modified the pre-trial deadlines as follows:

  a. All fact discovery, including discovery related to class certification, shall be completed by **November 14, 2025**.

  b. Expert disclosures shall be completed by **December 12, 2025**.

  c. Rebuttal expert witnesses shall be exchanged by **January 9, 2026**.

  d. All expert discovery shall be completed by **January 23, 2026**.

///

///

   e. Any motion for class certification shall be filed by **February 18, 2026**, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

   f. All dispositive motions, except for motions for continuances, temporary restraining orders, or other emergency applications shall be filed by **May 27, 2026**, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

 9. WHEREAS on July 29, 2025, Plaintiffs served a set of Requests for Production to the City seeking documents and communications regarding the enforcement and handling of sidewalk obstructions by the Sacramento Police Department.  The City served responses on September 11, 2025, and made a partial document production.  The City is not yet able to complete its production because it is reviewing for responsiveness, privilege, and privacy concerns a batch of 6,217 emails sought by Plaintiffs spanning February 7, 2022, to September 8, 2025, encapsulating SPD communications regarding sidewalk enforcement.  Plaintiffs insist that these materials be produced prior to the deposition of SPD Lieutenant Sameer Sood, the City's person most qualified to testify on these topics.

 10. WHEREAS the parties obtained a modification to the Scheduling Order on October 20, 2025. (ECF No. 59.)  The Court modified the pre-trial deadlines as follows:

   a. All fact discovery, including discovery related to class certification, shall be completed by **February 12, 2026**.

   b. Expert disclosures shall be completed by **March 12, 2026**.

   c. Rebuttal expert witnesses shall be exchanged by **April 9, 2026**.

   d. All expert discovery shall be completed by **April 23, 2026**.

   e. Any motion for class certification shall be filed by **May 18, 2026**, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

///

///

    f. All dispositive motions, except for motions for continuances, temporary restraining orders, or other emergency applications shall be filed by **August 31, 2026**, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

  11. WHEREAS on January 5, 2026, counsel for Plaintiffs (Mr. Demas) fell seriously ill with an unknown type of influenza or cold virus. The illness has limited his ability to stand for more than two minutes at a time, or to sit up and work for more than three minutes at a time. Mr. Demas went to the VA clinic in Mather on January 8, 2026, for treatment. Since then, his symptoms unfortunately did not improve and he was thereafter prescribed medication along with a physician order to not work until his symptoms resolve. The parties thus request this modification in part to give time for Mr. Demas' health issues to subside.

  12. WHEREAS good cause exists for the modification because the City has not completed document productions and the parties have not been able to complete fact depositions despite their diligence, and the completion of these final depositions is essential to the development of the parties' respective claims and defenses. Most significantly, the City has unfortunately had to re-schedule the previously-set deposition for Lt. Sameer Sood of the Sacramento Police Department. Mr. Demas has been understanding in this regard, and the City will ensure Lt. Sood and its two other fact witnesses (Howard Chan and Philip Vulliet) are timely made available for deposition. Further, Mr. Demas is still compiling the contact information for seventeen fact witnesses identified on Plaintiffs' initial disclosures so that the City may set their depositions. He has thus far been able to obtain the information for nine witnesses. The remaining eleven are outstanding. Finally, the City is still working with the Sacramento Police Department to complete its review and production of SPD email communications regarding sidewalk enforcement from February 7, 2022, to September 8, 2025. These have now been reviewed for responsiveness but the City and SPD discovered that the emails contain CLETS-protected information that requires careful review and redactions. This is taking substantial time. Nonetheless, the City recognizes that the case must move forward and thus hereby affirms it will complete and serve on Plaintiffs its document

production by February 13, 2026, and in advance of the deposition of SPD Lieutenant Sameer Sood, the City's person most qualified to testify on these topics.

13. WHEREAS counsel for the City (Mr. Gurer) is in trial from February 23, 2026, to March 6, 2026 (*Kathy Gouveia, et al. v. City of Sacramento, et al.*, Sacramento County Superior Court Case No. 34-2022-00319818); March 16, 2026, to March 20, 2026 (*Venera Pavlushkina v. City of Sacramento, et al.*, Case No. 23cv008468); and April 27, 2026, to May 8, 2026 (*Darlene Kendra Tellez Perez, et al. v. City of Sacramento, et al.*, Case No. 34-2022-00316970).  The parties thus also request this modification to give additional time for the City to complete its document production prior to the deposition of Lt. Sood, and for both parties to complete the other, remaining fact witness depositions.

14. WHEREAS the parties are unaware of any prejudice that could result from the requested modification as no trial date has been set.

## REQUESTED MODIFICATION

THEREFORE, the parties request the Scheduling Order be modified to reflect the following deadlines:

  a. All fact discovery, including discovery related to class certification, shall be completed by **August 12, 2026**.

  b. Expert disclosures shall be completed by **September 12, 2026**.

  c. Rebuttal expert witnesses shall be exchanged by **October 9, 2026**.

  d. All expert discovery shall be completed by **October 23, 2026**.

  e. Any motion for class certification shall be filed by **November 18, 2026**, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

  f. All dispositive motions, except for motions for continuances, temporary restraining orders, or other emergency applications shall be filed by **February 13, 2027**, and noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

///

1  **IT IS SO STIPULATED.**

3  DATED: January 26, 2026            GUSTAVO L. MARTINEZ,
4                                     City Attorney

6                                     By: /s/ GÖKALP Y. GÜRER
                                          **GÖKALP Y. GÜRER**
7                                         Senior Deputy City Attorney

8                                         Attorneys for the CITY OF SACRAMENTO

10 DATED: January 26, 2026            LAW OFFICE OF LOUIS DEMAS

13                                    By: /s/ LOUIS DEMAS
                                          **LOUIS DEMAS**
14                                        Attorney for Plaintiffs SUSAN HOOD and
                                          CHESTER McNABB

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ////
26 ///
27 ///
28 ///

# CERTIFICATE OF SERVICE

CASE NAME:   Hood, Susan, et al. v. City of Sacramento, et al.
COURT:   Eastern District of California
CASE NUMBER:   2:23-CV-00232-DC-CKD

I declare that:

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to this action; my business address is 915 I Street, Room 4010, Sacramento, CA 95814-2604. On the date executed below, I served the following document(s):

**STIPULATION TO MODIFY THE SCHEDULING ORDER**

[ X ]   **Statement of Service**: I hereby certify that on January 27, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California, using the CM/ECF system, which will send notification of such filing to all registered users

[ ]   **Service on Non-Registered Parties:** I hereby certify that on DATE I served the foregoing [Name of Document(s)] on the following non-CM/ECF participants by [method, e.g., U.S. Mail/Email/Hand Delivery] at the following addresses:

| | |
|---|---|
| Louis Demas | Derek Haynes |
| Law Office of Louis Demas | Porter Scott |
| 2713 E Street | 350 University Avenue, Suite 200 |
| Sacramento, CA 95816 | Sacramento, CA 95825 |
| Ldemas@demaslaw.com | dhaynes@porterscott.com |
| | jscarlett@porterscott.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on the date below at Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 27, 2026 at Sacramento, California.

                                           /s/ Michele E. Bush
                                           MICHELE E. BUSH